SAMUEL SCHNAPER, Appellant, v. HELEN PIZER, as Administratrix with the

Will Annexed, etc., of LEON PIZER, Deceased, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.